IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20-CR-332 |
| vs. | |
| BREALON J. GOODWIN and DEMITRIUS ALSTON, | ORDER |
| Defendants. | |

IT IS ORDERED:

1. The parties' stipulations (filing 127; filing 128) are approved.

2. Defendant Brealon J. Goodwin is ordered to pay $8,095 in restitution to Wells Fargo Bank, 4707 South 96th Street, Omaha, Nebraska.

3. Defendant Demitrius Alston is ordered to pay $8,095 in restitution to Wells Fargo Bank, 4707 South 96th Street, Omaha, Nebraska.

4. Amended judgments will be entered.

5. The December 19, 2024 hearing in this case is canceled.

Dated this 11th day of December, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge